```
DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102-5106
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
Email: Cook@SqueezeBloodFromTurnip.com

File No. 54.274
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re ) CASE NO. 10-55627
)
JAMES M. LIQUORI, ) DECLARATION OF AUDREY J. BARRIS IN
) SUPPORT OF ENGAGEMENT OF SPECIAL
Debtor. ) COUNSEL
)

I, Audrey J. Barris, hereby declare and state as follows:

1. Declarant is the duly appointed and acting Trustee in the above-entitled bankruptcy proceeding. Among the assets herein are various accounts, accounts receivable, notes, judgments, and other matters which are the proper subject of collection and enforcement.

2. Declarant seeks to engage contingency counsel, and has selected Cook Collection Attorneys, PLC and David J. Cook, Esq. to represent her interest in the enforcement of these obligations hereunder. The arrangement is that Cook Collection Attorneys would proceed with the enforcement of the obligations herein, advance and be paid costs as the case progressed, and take whatever action is necessary within the confines of the law to effectuate collection of the outstanding indebtedness, either in part or in whole.

3. The obligations consist of various judgments obtained by the judgment debtor, accounts and accounts receivable, and other promissory notes. Some or all of these matters may be the subject of independent litigation, or post-judgment enforcement.

DECLARATION OF AUDREY J. BARRIS IN SUPPORT OF ENGAGEMENT OF SPECIAL COUNSEL
CASE NO. 10-55627                                                                                                        1

4. Cook Collection Attorneys has agreed to represent the Estate at a percentage basis of 25% and in which Cook Collection Attorneys shall advance the costs herein. To the extent of any recovery, any recovery shall be first applied on account of costs, even though the costs may arise out of or be based upon a matter which did not generate the costs therein. These costs would consist of filing fees, service of process, fees and charges paid to process servers, sheriffs, clerks of the court, recorders, and all other routine and ordinary costs therein.

5. Cook Collection Attorneys has represented that it will not and does not share or split fees with any person or party, will not pay or share fees with any person other than the payment of ordinary expenses in the operation of the law practice thereunder.

6. Declarant therefore requests that the court enter an order engaging Cook Collection Attorneys as and for counsel thereunder.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 28, 2010.

_____
AUDREY J. BARRIS

F:\USERS\DJCNEW\liquori.app