Entered on Docket
November 09, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes
the order of the court. Signed November 09, 2010

_____
Stephen L. Johnson
U.S. Bankruptcy Judge
_____

**DAVID J. COOK, ESQ. (State Bar # 060859)**
**ROBERT J. PERKISS, ESQ (State Bar # 62386)**
**COOK COLLECTION ATTORNEYS**
**A PROFESSIONAL LAW CORPORATION**
165 Fell Street
San Francisco, CA 94102-5106
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
Email: Cook@SqueezeBloodFromTurnip.com

File No. 54,274

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re ) | CASE NO. 10-55627 |
| ) | |
| JAMES M. LIQUORI, ) | ORDER FOR ENGAGEMENT OF SPECIAL |
| ) | COUNSEL |
| Debtor. ) | |
| _____ ) | |

Based upon the application and supporting papers of Audrey J. Barris, Chapter 7 Trustee, and for good cause appearing, therefore,

IT IS HEREBY ORDERED that Audrey J. Barris, Chapter 7 Trustee, may retain and engage the law firm of Cook Collection Attorneys, PLC and David J. Cook, Esq. as and for Special Counsel pursuant to the terms and conditions of the retainer agreement in the above-entitled matter.

Certificate of service served on November 2, 2010, Docket No. 48.

* * * END OF ORDER * * *

| | |
|---|---|
| 1 | <u>COURT SERVICE LIST</u> |
| 2 | James M Liquori |
| | 4113 Ashbrook Creek |
| 3 | San Jose, CA 95124 |
| | dba Signature Properties |
| 4 | dba Cornerstone Appraisal Service |
| 5 | Charles B. Greene |
| | Law Offices of Charles B. Greene |
| 6 | 84 W Santa Clara St. #770 |
| | San Jose, CA 95113 |
| 7 | |
| | Trustee |
| 8 | Audrey Barris |
| | P.O. Box 573 |
| 9 | Pebble Beach, CA 93953 |
| 10 | U.S. Trustee |
| | Office of the U.S. Trustee / SJ |
| 11 | U.S. Federal Bldg. |
| | 280 S 1st St. #268 |
| 12 | San Jose, CA 95113-3004 |
| 13 | U.S. Trustee |
| | Edwina (pv) Dowell |
| 14 | Office of the U.S. Trustee |
| | 280 S 1st St. #268 |
| 15 | San Jose, CA 95113-0002 |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |