# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-55627 SLJ  
**Case Name:** LIQUORI, JAMES M  

**Period Ending:** 01/17/12

**Trustee:** (007200) Audrey J. Barris  
**Filed (f) or Converted (c):** 05/28/10 (f)  
**§341(a) Meeting Date:** 07/01/10  
**Claims Bar Date:** 04/06/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 4113 Ashbrook Cr., San Jose, CA 95124, family re | 875,000.00 | 114,115.00 | DA | 0.00 | FA |
| 2 | 3553 Kirkwood Dr., San Jose, CA, single family r | 660,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | 23557 Morrill Cut Off, Los Gatos, CA, Single fam | 765,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | 328 Pineview Dr., Santa Clara, CA 95050, Debtor<br>  Debtor has unrecorded grant deed to the property from Sally Miller and Ronald Banchero; Trustee unable to liquidate | 490,000.00 | 490,000.00 | DA | 0.00 | FA |
| 5 | Cash | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Comerica Bank - 1 account | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Misc. household goods | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Misc. collectibles | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | Misc. apparel | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | Misc. jewelry | 400.00 | 0.00 | DA | 0.00 | FA |
| 16 | Transamerica Life Insurance | 5,500.00 | 0.00 | DA | 0.00 | FA |
| 17 | UWINC Common Stock | 75.00 | 0.00 | DA | 0.00 | FA |
| 18 | Judgment in favor of Debtor from Dan Davis<br>  uncollectible | 75,000.00 | 61,825.00 | DA | 0.00 | FA |
| 19 | Judgment in favor of Debtor from Robert J. Fonse<br>  judgment debtor fied Chapter 7; not collectible | 81,600.00 | 81,600.00 | DA | 0.00 | FA |

Printed: 01/17/2012 08:10 PM    V.12.57

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 10-55627 SLJ | Trustee: | (007200) Audrey J. Barris |
| --- | --- | --- | --- |
| Case Name: | LIQUORI, JAMES M | Filed (f) or Converted (c): | 05/28/10 (f) |
| | | §341(a) Meeting Date: | 07/01/10 |
| Period Ending: | 01/17/12 | Claims Bar Date: | 04/06/11 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 20 | Judgment in favor of Debtor from Mr/Mrs Pat Good<br>Goods are deceased; not collectible | 15,000.00 | 15,000.00 | DA | 0.00 | FA |
| 21 | Promissory note from Sally Miller and Ronald Ban<br>uncollectible, property collateral foreclosed | 50,000.00 | 50,000.00 | DA | 0.00 | FA |
| 22 | Jaguar vehicle (lease) | 0.00 | 0.00 | DA | 0.00 | FA |
| 23 | Misc. office equipment | 500.00 | 0.00 | DA | 0.00 | FA |
| 18 | **Assets** Totals (Excluding unknown values) | $3,041,075.00 | $812,540.00 | | $0.00 | $0.00 |

**Major Activities Affecting Case Closing:**

    09/30/11: continue to monitor counsel suits on various judgments; complete review of unrecorded grant deed

**Initial Projected Date Of Final Report (TFR):** October 1, 2011      **Current Projected Date Of Final Report (TFR):** March 1, 2012

Case: 10-55627   Doc# 62   Filed: 01/21/12   Entered: 01/21/12 12:51:49   Page 2 of 2

Printed: 01/17/2012 08:10 PM   V.12.57