UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

IN RE:

James M. Liquori

CASE NO: 10-55627 SLJ

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 7
ECF Docket Reference No. 77

On 9/20/2021, I did cause a copy of the following documents, described below,

Appointment of Trustee ECF Docket Reference No. 77

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/20/2021

/s/ Ianthe Del Rosario
Ianthe Del Rosario  .

OFFICE OF THE UNITED STATES TRUSTEE
280 SOUTH FIRST STREET
SAN JOSE, CA  95113
408 535 5525

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

IN RE:

James M. Liquori

CASE NO: 10-55627 SLJ

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No. 77

On 9/20/2021, a copy of the following documents, described below,

Appointment of Trustee ECF Docket Reference No. 77

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/20/2021

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Ianthe Del Rosario
OFFICE OF THE UNITED STATES TRUSTEE
280 SOUTH FIRST STREET
SAN JOSE, CA 95113

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| JAMES M. LIQUORI<br>4113 ASHBROOK CR.<br>SAN JOSE CA 95124 | CHARLES B. GREENE<br>LAW OFFICE OF CHARLES B. GREENE<br>405 EL CAMINO REAL #131<br>MENLO PARK CA 94025 | GE CAPITAL RETAIL BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORPORATION<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI FL 33131-1605 |
| COLLEEN B. KELLEY<br>HOGE FENTON JONES AND APPEL INC<br>60 S. MARKET ST #1400<br>SAN JOSE CA 95113-2396 | DAVID W. LIVELY<br>HOPKINS AND CARLEY<br>THE LETITIA BLDG.<br>70 S. FIRST STREET<br>SAN JOSE CA 95113-2406 | LEO ROBINSON<br>260 CALIFORNIA DR. #E<br>YOUNTVILLE CA 94599 |