In re:   Case No. 10-55627-SLJ
James M Liquori   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0971-5 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 19, 2021 | Form ID: FIND | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + James M Liquori, 4113 Ashbrook Cr., San Jose, CA 95124-3337 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2021       Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin R. Levinson | on behalf of Creditor John W. Gardner Jr., et al. ben@benlevinsonlaw.com |
| Charles B. Greene | on behalf of Debtor James M Liquori cbgattyecf@aol.com |
| Elvina Rofael | on behalf of U.S. Trustee Office of the U.S. Trustee / SJ elvina.rofael@usdoj.gov Katina.Umpierre@usdoj.gov,Patti.Vargas@usdoj.gov,GemMil.Langit@usdoj.gov |
| Gilbert B. Weisman | on behalf of Requestor American Express Bank FSB notices@becket-lee.com |
| Jennifer S. Coleman | on behalf of Plaintiff John Dariano jcoleman@hopkinscarley.com  callen@hopkinscarley.com |
| Kari Bowyer | |

trusteebowyer@gmail.com  C140@ecfcbis.com;ecf.alert+Bowyer@titlexi.com

Mark K. Oto
    on behalf of Creditor Robert A. Martin mko@otolaw.com

Melodie A. Whitson
    on behalf of Requestor GMAC Mortgage  LLC ecfcanb@piteduncan.com

Office of the U.S. Trustee / SJ
    USTPRegion17.SJ.ECF@usdoj.gov

Parada K. Ornelas
    on behalf of Requestor Wells Fargo Bank  N.A. pkovadi@piteduncan.com, ecfcanb@piteduncan.com

Timothy (pv) S. Laffredi
    patti.vargas@usdoj.gov

Travis J. Lillie
    on behalf of Creditor Deutsche Bank Trust Company Americas as Trustee for RALI 2002QS18 tlillie@piteduncan.com
    ecfcanb@piteduncan.com

Vincent J. Kilduff
    on behalf of Plaintiff Patrice Anderson kildufflaw@aol.com

TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| | |
|---|---|
| In Re: James M Liquori<br>  dba Signature Properties<br>  dba Cornerstone Appraisal Service<br>        Debtor(s) | Case No.: 10−55627 SLJ 7<br><br>Chapter: 7 |

# FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ Kari Bowyer is discharged as trustee of the estate of the above−named debtor and the bond is canceled.

☑ the chapter 7 case of the above−named debtor is closed;

and

☐ Other

Dated: 11/18/21            By the Court:

                           Stephen L. Johnson
                           United States Bankruptcy Judge